# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BOARD OF EDUCATION OF THE
WAPPINGERS CENTRAL SCHOOL
DISTRICT,

                Plaintiff,

-against-

D.M. and A.M., as the parents of E.M., a
student with a disability,

                Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

19 **CIVIL** 1730 (VB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2020, the District's motion for summary judgment is DENIED. The Parents' motion for summary judgment is GRANTED. The decision of the SRO is affirmed and the complaint is dismissed. The District is ORDERED to provide direct funding or reimbursement of E.M.'s tuition at The Ridge School for the 2017-2018 school year; accordingly, the case is closed.

**Dated:** New York, New York
       January 31, 2020

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                 **BY:**

                                                 **Deputy Clerk**